# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2258

_____

United States of America,       *
       *
           Plaintiff - Appellee,       *   Appeal from the United States
       *   District Court for the Southern
       v.                     *   District of Iowa.
       *
Mark Eugene Frederick,       *   [UNPUBLISHED]
       *
           Defendant - Appellant.    *

_____

Submitted: December 10, 2008
Filed: December 15, 2008

_____

Before WOLLMAN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Mark Eugene Frederick was convicted of conspiracy to manufacture and distribute 50 grams or more of actual methamphetamine or 500 grams of a mixture containing methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A), and attempted manufacture of methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C). On appeal, Frederick argues the evidence was insufficient and the district court[1] erred in denying his motions for judgment of acquittal and new trial. After

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

reviewing the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned opinion.  <u>See</u> 8th Cir. R. 47B.

_____